UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 1:20-CV-21797-JEM

Palm Springs Mile Associates, LTD.,

    Plaintiff,
v.

Michael's Stores, Inc.,

    Defendant.

_____/

***OPPOSED* MOTION TO EXTEND TIME TO RESPOND TO COMPLAINT**

Pursuant to Federal Rule of Civil Procedure 6(b)(1)(A) and Local Rule 7.1(a)(J), Defendant Michael's Stores, Inc. moves this Court for a thirty (30) day extension of time to respond to the Plaintiff's Complaint.  This Motion is *opposed*.  In support thereof, the Defendant states as follows:

1. On April 30, 2020, the Plaintiff filed the Complaint.

2. The docket indicates that Defendant was served on May 1, 2020.  Accordingly, the Defendant's Answer or other response to the Complaint is currently due on May 22, 2020.

3. For multiple reasons, good cause exists to extend the Defendant's deadline to respond to the Complaint.

4. First, the Defendant needs additional time to investigate the Plaintiff's allegations and properly respond.  The Plaintiff has brought a three-count Complaint against the Defendant, alleging, among other things, that the Defendant has breached its commercial lease and that Plaintiff is entitled to judgment in excess of $2.3 million.  This lease is 74 pages, excluding amendment.  The Defendant needs additional time to review the lease and investigate the Plaintiff's allegations regarding it.  This is particularly true where, as here, counsel for the

Defendant was only recently retained.  Specifically, out-of-state counsel was retained on May 13, 2020 and local counsel was retained on May 19, 2020.

5. Second, as this Court knows, on or about early March 2020, the United States began dealing with an unprecedented pandemic involving COVID-19. The Center for Disease Control and Prevention and the State of Florida have issued various guidelines to prevent the spread of COVID-19, including working remotely, social distancing, and refraining from large gatherings, among other guidelines.  Given the ongoing COVID-19 crisis, the Defendant's normal business operations have been significantly affected and many of Defendant's employees are working remotely. This has affected the Defendant's ability to analyze and respond to the Complaint. Courts across the country, including in Florida, have recognized the substantial impact the COVID-19 crisis has had on the status of litigation. *See, e.g., Garbutt v. Ocwen Loan Servicing, LLC*, Case No. 8:20-cv-136-T-36JSS, 2020 WL 1476159 (M.D. Fl. Mar. 26, 2020) (recognizing that "good cause exists [for a stay of discovery] based on the disruption to business caused by the spread of COVID-19."); *Martinez v. Cherry Bekaert, LLP*, Case No. 1:18-cv-25429-JG (S.D. Fl. Mar. 25, 2020) (ordering defendant to file response explaining opposition to motion for extension of time in light of "the global COVID-19 pandemic" and ultimately extending the discovery deadline and all trial-related deadlines by 90 days).

6. This motion is not being made for purposes of improper delay and no party will be prejudiced if the Court grants the extension of time.

7. If the Court grants this extension, it will not require extending the trial date, which has not yet been set in this matter.

8. The Defendant has attached a proposed order as **Exhibit A**.

WHEREFORE, Defendant moves this Court to enter an Order extending the time for Defendant to respond to the Plaintiff's Complaint by thirty (30) days, until and through June 22, 2020.

### Compliance with Local Rule 7.1(a)(3)

Defendant has conferred with counsel for Plaintiff.  Plaintiff *opposes* the relief requested herein.

Dated: May 19, 2020              Respectfully submitted,

**John R. Byrne**
  Florida Bar No. 126294
Email:  jbyrne@leoncosgrove.com
Email:  lburns@leoncosgrove.com

**LEÓN COSGROVE, LLP**
255 Alhambra Circle, Suite 800
Coral Gables, Florida 33133
Telephone:  (305) 740-1975
Facsimile:  (305) 437-8158

*Counsel for Defendant*